the Fargo Mercantile Company to apply corporate assets to to the satisfaction of the personal debts of individual stockholders. It follows, as a matter of law, that the purchase of the mortgage by the corporation was not the act of the mortgagors and judgment debtors, and the property acquired by the foreclosure did not inure to the benefit of respondent, who purchased subject to such incumbrance at the receiver's sale.

The judgment appealed from is reversed, and a new trial ordered.

WHITFORD v. SMITH.

(Opinion filed January 25, 1905.)

Appeal from circuit court, Lawrence county; Hon. W. G. RICE, Judge.

Action by Joseph Whitford against Seth R. Smith. From a judgment for plaintiff, defendant appeals. Affirmed.

*Thos. L. Redlon* and *Martin & Mason*, for appellant.
*Joseph B. Moore*, for respondent.

PER CURIAM. As this case presents identically the same question as that decided at this term in Barron v. Smith, 19 S. D. 50, 101 N. W. 1105, and was submitted on the same abstract and briefs, the judgment of the trial court, on that authority, is affirmed.